1048

All concur.

In the Matter of the Claim of BETTY HORNACEK, Respondent, against ALPHONS CUSTODIS-CHIMNEY CONSTRUCTION COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of EPHRAIM BROCHU et al., Appellants, against HARRIS STRUCTURAL STEEL CO., INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of MAE SMITH, Respondent, against PARKCHESTER GENERAL HOSPITAL et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Crapser, Bliss and Schenck, JJ., concur; Hill, P. J., and Heffernan, J., dissent and vote to affirm on the authority of Matter of Bergman v. Buffalo Dry Dock Co. (269 N. Y. 150); Matter of Clapham v. David (232 App. Div. 458).

In the Matter of the Claim of JACOB MOLNIA, Respondent, against B. D. KAPLAN & CO., INC., Appellant, and AETNA INSURANCE COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.—